**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01763-PAB-MEH

KEYONIA EDWARDS,

    Plaintiff,

v.

INTEGRITY FINANCIAL PARTNERS, INC., a Kansas corporation,

    Defendant.

---

### NOTICE OF SETTLEMENT

---

COMES NOW the parties by and through their attorneys of record and for their Notice of Settlement and hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay her or its own attorney's fees and costs once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by October 18, 2010.

Dated: October 7, 2010.

Respectfully submitted,

| s/ David M. Larson | s/ Stephanie D. Loughner |
|---|---|
| _____ | _____ |
| David M. Larson, Esq. | Stephanie D. Loughner, Esq. |
| 405 S. Cascade Avenue, Suite 305 | Franke, Greenhouse, List & Lippitt, LLP |
| Colorado Springs, Colorado 80903 | 1228 15th St., 2nd Floor |
| Telephone: (719) 473-0006 | Denver, CO 80202 |
| Attorney for the Plaintiff | Telephone: (303) 623-4500 |
| | Attorney(s) for the Defendant |